LILY BECKER (STATE BAR NO. 251145)
lbecker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorney for Defendant
TD Ameritrade Futures & Forex LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE H. VAN KIRK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TD AMERITRADE FUTURES & FOREX LLC,<br><br>    Defendant. | **Case No. 1:19-CV-00153-LJO-SAB**<br><br>**NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE** |

      Plaintiffs Dale H. Van Kirk and Diana K. Van Kirk, as Trustees of the Van Kirk Family Trust, and Diana K. Van Kirk individually, and Defendant TD Ameritrade Futures and Forex LLC (the "Parties"), in accordance with Local Rule 160, hereby jointly notify the Court that:

      1.     On March 20, 2019, the Parties and their counsel convened at the law offices of Levine, Kellogg, Lehman, Schneider & Grossman LLP, 201 South Biscayne Boulevard, Miami, Florida 33131, for a mediation conference in this case.

      2.     Robert Meyer served as the mediator during this conference.

      3.     The Parties have now reach an agreement in principle to settle the case, subject to the execution of a final writing setting forth the terms of their settlement.

.

| | |
|---|---|
| Dated: March 27, 2019 | Respectfully Submitted, |
| | |
| | */s/  Lily Becker* |
| | LILY BECKER (State Bar No. 251145) |
| | lbecker@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | Telephone: 415-773-4216 |
| | Facsimile: 415-773-5759 |
| | |
| | RICHARD J. MORVILLO (*pro hac vice*) |
| | rmorvillo@orrick.com |
| | ROBERT STERN (*pro hac vice*) |
| | rstern@orrick.com |
| | DANIEL STREIM (*pro hac vice*) |
| | dstreim@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | Columbia Center |
| | 1152 15th Street NW |
| | Washington, D.C. 20005-1706 |
| | Telephone: 202-339-8400 |
| | Facsimile: 202-339-8500 |
| | |
| | *Counsel for Defendant* |
| | |
| | */s/ Frank R. Rodriguez (as authorized on Mar. 27, 2019)* |
| | FRANK R. RODRIGUEZ (*pro hac vice*) |
| | frr@rtgn-law.com |
| | PAULINO A. NÚÑEZ JR. (*pro hac vice*) |
| | pan@rtgn-law.com |
| | RODRIGUEZ TRAMONT & NUÑEZ P.A. |
| | 255 Alhambra Circle, Suite 1150 |
| | Coral Gables, FL 33134 |
| | Telephone: (305) 350-2300 |
| | Facsimile: (305) 350-2525 |
| | |
| | JASON K. KELLOGG (*pro hac vice*) |
| | jk@lklsg.com |
| | LEVINE KELLOGG LEHMAN |
| | SCHNEIDER + GROSSMAN LLP |
| | 201 South Biscayne Boulevard, 22nd Floor |
| | Miami, FL 33131 |
| | Telephone: (305) 403-8788 |
| | Facsimile: (305) 403-8789 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TIMOTHY J. BUCHANAN (State Bar No. 100409)
tim.buchanan@mccormickbarstow.com
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

*Counsel for Plaintiffs*