# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE H. VAN KIRK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TD AMERITRADE FUTURES & FOREX, LLC,<br><br>    Defendant. | Case No. 1:19-cv-00153-LJO-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>TWENTY-ONE-DAY DEADLINE |

On March 27, 2019, a notice of settlement pursuant to Local Rule 160 was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within twenty-one (21) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **March 28, 2019**

UNITED STATES MAGISTRATE JUDGE

1